[Cite as *State v. Barna*, 2021-Ohio-3794.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

| | |
|---|---|
| STATE OF OHIO, | **CASE NO. 2021-P-0092** |
| Plaintiff-Appellee, | |
| - v - | Criminal Appeal from the Municipal Court, Ravenna Division |
| NICHOLAS H. BARNA, | |
| Defendant-Appellant. | Trial Court No. 2021 CRA 01820 R |

**M E M O R A N D U M**
**O P I N I O N**

Decided: October 25, 2021
Judgment: Appeal dismissed

*Victor V. Vigluicci,* Portage County Prosecutor, 241 South Chestnut Street, Ravenna, OH 44266 (For Plaintiff-Appellee).

*Nicholas H. Barna,* pro se, Portage County Justice Center, 8240 Infirmary Road, Ravenna, OH 44266 (Defendant-Appellant).

THOMAS R. WRIGHT, J.

{¶1} Appellant appeals the municipal trial court's judgment dismissing the charges on the state's motion at preliminary hearing after appellant had been indicted on the same charges by the grand jury.

{¶2} A court of appeals is limited to the review of final orders from lower courts. Section 3(B)(2), Article IV, Ohio Constitution; R.C. 2953.02. An order may be final if a statutory provision specifically so provides or pursuant to R.C. 2505.02(B), which defines "final orders" that are subject to review. *Germ v. Fuerst*, 11th Dist. Lake No. 2003-L-116,

2003-Ohio-6241, ¶ 3. Generally, the dismissal of charges on the state's motion before jeopardy attaches does not constitute a final appealable order. *State v. Williams*, 9th Dist. Summit No. 25384, 2011-Ohio-6412, ¶ 8, citing *State v. Tankersley*, 8th Dist. Cuyahoga No. 70068, 1996 WL 631077, *3 (Oct. 31, 1996); *see also* Crim. R. 48(A) ("The state may by leave of court and in open court file an entry of dismissal of an indictment, information, or complaint and the prosecution shall thereupon terminate.").

{¶3} The dismissal here is not specifically designated as a final order by statute and does not satisfy any provision of R.C. 2505.02(B). The judgment is therefore not a final appealable order. *See City of Hudson/State v. Harger*, 9th Dist. Summit No. 26208, 2012-Ohio-2604, ¶ 8; *Williams* at ¶ 11; *see also State v. Nixon*, 11th Dist. Portage Nos. 2021-P-0082, 2021-P-0083, and 2021-P-0075, 2021-Ohio-3291, ¶ 7.

{¶4} Appeal dismissed.


MARY JANE TRAPP, P.J.,

MATT LYNCH, J.,

concur.

2